**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CAMILLE COLON TORRES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:24-cv-01509** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **FRANK BISIGNANO,** | ) | **MAGISTRATE JUDGE HOLMES** |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 18) on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 13). The Magistrate Judge recommends the Court grant Plaintiff's motion and remand this matter to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 18 at 20). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 13) is **GRANTED** and this matter is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation of the Magistrate Judge.

It is so **ORDERED**.

_____

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE